IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN TYRONE DEMINGS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES M. SCHOMIG, Warden, High Desert State Prison,<br><br>　　　　Respondent. | No. C 04-2635 SBA<br><br>**ORDER**<br><br>[Docket Nos. 12 & 13] |

This matter comes before the Court on Respondent's request to file an oversized brief [Docket No. 12] and Petitioner's Motion for Extension of time to file a Traverse [Docket No. 13].

Accordingly,

Due to the number of claims and sub-claims and the complexity of the issues involved, Respondent's request to file an oversized brief is GRANTED.  For the same reasons, Petitioner's request for an extension of time to file a Traverse is GRANTED nunc pro tunc to April 6, 2005.

**IT IS SO ORDERED.**

Dated: 8-9-05

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE